**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6570**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

XAVIER TWANNE HARDIN,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:17-cr-00200-RJC-DSC-1)

_____

Submitted:  October 19, 2023              Decided:  October 24, 2023

_____

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Xavier Twanne Hardin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xavier Twanne Hardin appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Our review of the record reveals no abuse of discretion in the district court's finding that the 18 U.S.C. § 3553(a) factors weighed against reducing Hardin's sentence. *See United States v. Bethea*, 54 F.4th 826, 831 (4th Cir. 2022) (noting standard of review). We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in our decision.

*AFFIRMED*